UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADAM REYNOLDS,

      Plaintiff,

v.                                      Case No:  6:18-cv-1756-Orl-37GJK

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS;
and CENTURION OF FLORIDA, LLC,

      Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report (Doc. 51) indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 6, 2019.

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record